**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 07-cv-00225-LTB-MJW

MURRY L. SALBY,

       Plaintiff,

v.

THE STATE OF COLORADO,
HON. BILL RITTER, GOVERNOR,

       Defendants.
_____

**ORDER**
_____

This case is before me on the recommendation of Magistrate Judge Michael J. Watanabe (Doc 7) issued and served on May 1, 2007. Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and this action is DISMISSED.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED: May 24, 2007