IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00225-LTB-MJW

MURRY L. SALBY,

Plaintiff,

v.

THE STATE OF COLORADO, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's Motion for Production of Documents (Docket No. 10) is granted to the extent that the Clerk of Court shall send the plaintiff a copy of the docket sheet in this case and of documents 3, 5, 7, 8, and 9. The court notes that copies of those documents were sent to the plaintiff at the time they were issued by the court to the address provided by the plaintiff on his Complaint. None of the documents were returned to the court as undeliverable by the U.S. Postal Service.

Date: January 22, 2008